Town of West Palm Beach, Plaintiff in Error, v. William N. Hull, surviving partner of the firm of Reynolds & Hull, Defendant in Error.

Division A.

Writ of error to Circuit Court, Dade county; Minor S. Jones, Judge.

Geo. M. Robbins for plaintiff in error.

Alex. St. Clair-Abrams for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam*.